# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **JUSTIN DIRK KAGERBAUER** | CASE NUMBER **25-mj-1828** |

HONORABLE NANCY JOSEPH, presiding　　　Court Reporter: Liberty
Deputy Clerk:　　　Hearing Began: <u>10:14 a.m.</u>
Hearing Held: November 27, 2025 at 10:15 a.m.　　　Hearing Ended: <u>10:22 a.m.</u>

**Appearances:**

UNITED STATES OF AMERICA by: Erica Lounsberry
JUSTIN DIRK KAGERBAUER, in person, and by: Craig Albee　　☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights
☑ Defendant advised of charges, penalties, and fines

<u>Maximum Penalties:</u>
18 U.S.C. § 2423(b) – INC: 30 years; FINE: $250,000; SR: mandatory minimum 5 years-life; SA: $100.
18 U.S.C. § 2422(b) – INC: mandatory minimum 10 years-life; FINE: $250,000; SR: mandatory minimum 5 years-life; SA: $100.
18 U.S.C. § 2252(a)(2) – INC: mandatory minimum 5 years-20 years; FINE: $250,000; SR: mandatory minimum 5 years-life; SA: $100.

Bond Status:

Government seeking detention. Defense requesting a detention hearing next week.

Court orders defendant temporarily detained. Detention Hearing set for Tuesday December 2, 2025 at 11:00 a.m.